1  JASON M. FRIERSON
   Acting United States Attorney
2  Nevada Bar No. 7709
   PENELOPE J. BRADY
3  Assistant United States Attorney
   400 South Virginia Street, Suite 900
4  Reno, Nevada 89501
   (775) 784-5438
5  Penelope.Brady@usdoj.gov

6  Attorneys for the United States

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9  UNITED STATES OF AMERICA,              Case No.  3:23-cr-00033-ART-CSD

10           Plaintiff,                   CRIMINAL INDICTMENT

11     vs.                                VIOLATIONS:

12 ERMON JAYSON SMARTT, JR.,               18 U.S.C. §§ 922(g)(1) and 924(a)(8) –
                                          Felon in Possession of Ammunition (Count
13           Defendant.                    One)

14

15 THE GRAND JURY CHARGES THAT:

16                     COUNT ONE
                Felon in Possession of Ammunition
17              (18 U.S.C. §§ 922(g)(1) and 924(a)(8))

18     On or about April 5, 2022, in the State and Federal District of Nevada,

19                     ERMON JAYSON SMARTT, JR.,

20 defendant herein, knowing he had previously been convicted of a crime punishable by

21 imprisonment for a term exceeding one year, that is: Assault Resulting in Serious Bodily

22 Injury, in the District of Oregon, on or about January 17, 2012, docket number 3:11-CR-342-

23 01-HA; knowingly possessed ammunition, that is: Winchester 7 1/2 , 12 Gauge, said

24

possession being in and affecting commerce and said ammunition having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

DATED: this 26TH day of October, 2023.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

PENELOPE J. BRADY
Assistant United States Attorney